**FILED**

Feb 25 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAJIE ZHU,<br><br>         Plaintiff,<br><br>    v.<br><br>JING LI, et al.,<br><br>         Defendants. | Case No. 19-cv-02534-JSW  (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 43, 47 |

As discussed at the February 25, 2021 hearing in this matter, the Court requires further briefing concerning the discovery letter briefs at ECF Nos. 43 and 47. By March 8, 2021, Plaintiff shall file a further letter brief, not to exceed eight pages. The letter brief shall state, on an RFP by RFP basis, what responsive documents Defendants have failed to produce, so that the Court can clearly line up allegedly missing documents or categories of documents with a specific RFP to a particular Defendant. Defendants shall file a responding letter brief by March 15, 2021, also limited to eight pages. The parties are free to attach exhibits to their letter briefs, and the exhibits are not subject to the page limits. The Court sets a further discovery hearing for March 19, 2021 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 2/25/2021

THOMAS S. HIXSON
United States Magistrate Judge