UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAJIE ZHU,<br><br>        Plaintiff,<br><br>    v.<br><br>JING LI, et al.,<br><br>        Defendants. | Case No. 19-cv-02534-JSW<br><br>**ORDER TO SHOW CAUSE AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 71 |

On January 22, 2020, the Court issued an order setting the case management schedule and ordering the parties to submit proposed deadlines for the close of discovery, the hearing of dispositive motions, and expert-witness disclosure and trial. (Dkt. No. 33.) On February 6, 2020 in response to the Court's order, the parties submitted a joint statement stipulating that fact discovery would close on March 9, 2021. (Dkt. No. 34.) The parties also stipulated that they would file any dispositive motion related to the failure to join Alvin Li as an indispensable party by June 26, 2020. (*Id*.) In addition, the parties stipulated that the hearing of any other dispositive motion would be scheduled on or before April 30, 2021. (*Id.*) No dispositive motions were filed, and discovery appears to be ongoing.[1]

However, in their recent case management statement, the parties state that they "believe scheduling the close of discovery, the hearing of dispositive motions, expert-witness disclosure, and trial will be more productive after indispensable-party issues… are resolved." However, the deadlines for close of discovery and the hearing of dispositive motions have already passed.

---

[1] On May 23, 2020, the parties submitted a joint statement regarding the case deadlines. (Dkt. No. 35.) However, the parties did not properly seek leave from the Court to amend the case schedule either by filing a motion or submitting a stipulation and proposed order, and accordingly, the Court did not issue an order altering the previously set schedule.

Accordingly, the Court issues this ORDER TO SHOW CAUSE why the parties have failed to comply with these deadlines. The parties shall file a joint response to this Order by no later than June 25, 2021. To the extent the parties believe that good cause exists for the Court to permit an extension of any of these deadlines, their response to this Order shall include a schedule proposing specific dates for the close of discovery, the hearing of dispositive motions, and pre-trial and trial proceedings.

The parties are FURTHER ORDERED to submit a stipulation and proposed order regarding alternative dispute resolution (ADR) by June 25, 2021, which shall include a deadline by which ADR shall be completed.

The case management conference scheduled for June 18, 2021 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: June 16, 2021

_____
JEFFREY S. WHITE
United States District Judge