UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAJIE ZHU,<br><br>        Plaintiff,<br><br>   v.<br><br>JING LI, et al.,<br><br>        Defendants. | Case No. 19-cv-02534-JSW<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO APPEAR** |

     This matter was scheduled for a pretrial conference on Monday, February 6, 2023 at 2:00 p.m. Plaintiff's counsel failed to appear for the pretrial conference. The Court HEREBY ORDERS Plaintiff's counsel to show cause in writing why he failed to appear for the pretrial conference and why the Court should not impose sanctions for his failure to appear. Counsel's response shall be due by no later than Wednesday, February 8, 2023 at 4:00 p.m.

     **IT IS SO ORDERED.**

Dated: February 6, 2023

_____
JEFFREY S. WHITE
United States District Judge