UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAJIE ZHU,<br><br>           Plaintiff,<br><br>    v.<br><br>JING LI, et al.,<br><br>           Defendants. | Case No. 19-cv-02534-JSW   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 302, 306 |

The Court held a hearing on April 29, 2024 concerning the discovery letter briefs at ECF Nos. 302, 305, 306 and 307. The Court **ORDERS** as follows:

1. Defendants shall reproduce DC038615-651, 038652-655, 038658-662, 038663-667 and 039528 without confidentiality designations. Defendants properly designated DC039529-616 as confidential.

2. Defendants shall promptly produce the Uniform Home Loan Application and the Addendum to Residential Mortgage Loan Application if they have not already done so.

3. The Court **ORDERS** Defendants to **SHOW CAUSE** why they should not be sanctioned for failing to produce the Chinese bank account statements in violation of the Court's orders at ECF Nos. 260 and 293. Plaintiff's brief in support of sanctions, including proposals for what the sanctions should be and why, is due May 6, 2024. Defendants' response, which must include one or more declarations under penalty of perjury, is due May 13, 2024. Plaintiff's reply is due May 20, 2024.

4. Defendants shall produce Teetex's cash flow and income statements. They may designate those items as confidential under the protective order. If Defendants redact any portion of those documents, they must serve a redaction log at the time of document production that

provides the basis for any redactions.

5. The amount of money Defendants have paid in legal fees is not relevant and proportional judgment debtor discovery, and Defendants need not produce that information.

6. If Plaintiff wants to challenge any redactions Defendants have made or will make to their produced documents, he must file a discovery letter brief setting forth the ones he is challenging. He shall email the documents containing the redactions to tshpo@cand.uscourts.gov for the Court's in camera review. The Court will then set a deadline for Defendants to respond.

7. With respect to the funds reflected in the two deeds of trust and documents related to the transfer of JuZheng International and Yingkai Textile, Plaintiff should pursue those questions in the upcoming judgment debtor exams.

This order terminates ECF Nos. 302 and 306.

**IT IS SO ORDERED.**

Dated: April 29, 2024

THOMAS S. HIXSON
United States Magistrate Judge