UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIAJIE ZHU,

          Plaintiff,

    v.

JING LI, et al.,

          Defendants.

Case No. 19-cv-02534-JSW   (TSH)

**DISCOVERY ORDER**

Re: Dkt. Nos. 313, 314, 315, 316

In ECF No. 308, the Court issued several orders, including: (2) "Defendants shall promptly produce the Uniform Home Loan Application and the Addendum to Residential Mortgage Loan Application if they have not already done so"; (3) Defendants shall show cause "why they should not be sanctioned for failing to produce the Chinese bank account statements in violation of the Court's orders at ECF Nos. 260 and 293"; (4) "Defendants shall produce Teetex's cash flow and income statements"; and (6) "[i]f Plaintiff wants to challenge any redactions Defendants have made or will make to their produced documents, he must file a discovery letter brief setting forth the ones he is challenging."

The current discovery letter briefs raise several follow up questions.

1. In ECF No. 311, Plaintiff states that Defendants have not produced Teetex's cash flow or income statements or their Home Refinance Loan Application. In ECF No. 314, Plaintiff acknowledges that on May 22, 2024 Defendants produced a one-page income statement and one-page balance sheet for Teetex for the period ending December 31, 2022, and that on June 17, 2024 they produced a one-page statement of cash flows for the same period, which Plaintiff says is not sufficient.

2. In ECF No. 311, Plaintiff challenges Defendants' redactions to their bank statements at

DC39574-98 and DC39194-217.  In ECF No. 314, Plaintiff broadens this to a request for unredacted bank statements for all of calendar year 2024.

3.  In ECF No. 311, Plaintiff claims that Defendant Chen never attempted to get bank account statements for his Chinese bank account and that his declaration to the contrary at ECF No. 310 is untrue, citing Chen's May 2, 2024 deposition testimony.  In ECF No. 313, Chen says he understood the question in the deposition differently from how Plaintiff's counsel frames it.  But in ECF No. 316, Plaintiff cites several pages from Chen's Chinese bank account statement produced in August 2024 that seem to be dated May 20, 2024 and that Plaintiff says undercut the declaration at ECF No. 313-1.  Plaintiff also says the document shows that Chen was in China every single month since the judgment was entered in this case last summer.

The Court **ORDERS** Defendants to respond to the above arguments no later than October 7, 2024, including with one or more declarations.

**IT IS SO ORDERED.**

Dated: September 30, 2024

THOMAS S. HIXSON
United States Magistrate Judge