UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIAJIE ZHU,

          Plaintiff,

   v.

JING LI, et al.,

          Defendants.

Case No. 19-cv-02534-JSW (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 331

Good cause appearing, the Court **ORDERS** that Teetex's bank statements (DC039895-DC40190) are reduced from "attorneys' eyes only" to "confidential." This redesignation will assist Plaintiff with his efforts to collect on the judgment by enabling Plaintiff himself to see the bank statements. The Court finds that Defendants' arguments about competitive harm are unpersuasive.

Separately, Plaintiff has filed a discovery letter brief at ECF No. 333. The Court **ORDERS** Defendants to file a response no later than May 15, 2025.

**IT IS SO ORDERED.**

Dated: May 8, 2025

THOMAS S. HIXSON
United States Magistrate Judge