UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIAJIE ZHU,

          Plaintiff,

v.

JING LI, et al.,

          Defendants.

Case No. 19-cv-02534-JSW (TSH)

**DISCOVERY ORDER**

Re: Dkt. Nos. 333, 336

In ECF No. 333, judgment creditor Jiajie Zhu asks the Court to compel judgment debtor Dong Chen to update his production of documents responsive to Zhu's first and second sets of RFPs, to update his responses to Zhu's first set of interrogatories, to produce documents responsive to Zhu's third set of RFPs, and to provide responses to Zhu's second set of interrogatories. Zhu also seeks sanctions against Chen and his attorneys. Chen opposes the motion. ECF No. 336.

Pursuant to Federal Rule of Civil Procedure 26(e), the Court **ORDERS** Chen to update his production of documents responsive to Zhu's first and second sets of RFPs and to update his responses to Zhu's first set of interrogatories.

With respect to the third set of RFPs, Chen states he has produced all documents in his possession, custody or control that are sought by RFPs 1-4, and Zhu does not make a showing that this is untrue. For RFPs 5 and 6, Chen argues these are unbounded by time and therefore do not resemble judgment debtor discovery, and the Court agrees. RFP 7 should be granted because Chen's passport will likely show trips to China, and thus whether he had the opportunity to obtain updated bank statements. For RFPs 8 and 9, Chen has agreed to provide supplemental responses, so the Court does not see that there is anything to compel at the moment. Accordingly, Zhu's

motion to compel is **GRANTED** as to RFP 7 and **DENIED** as to the other RFPs.

For the interrogatories, in response to rog 1, Chen says he has produced documents and given testimony in his judgment debtor examination that largely answer the rog, and Zhu doesn't present arguments to the contrary. For rog 4, Chen answers part of it and says the rest was answered in his judgment debtor exam, and Zhu doesn't claim otherwise. Rogs 5 and 6 have similar problems. Rogs 13 and 14 are unbounded by time and don't look like judgment debtor discovery. Zhu's motion to compel is **GRANTED** as to rogs 2, 3, 7, 8, 9, 10, 11, 12 and 15, which seek relevant judgment debtor discovery. The motion is otherwise **DENIED**.

Chen has 30 days to comply with this order.

In light of the mixed outcome on this motion to compel, Zhu's request for sanctions is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 3, 2025

THOMAS S. HIXSON
United States Magistrate Judge