UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAJIE ZHU,<br><br>           Plaintiff,<br><br>   v.<br><br>JING LI and DONG CHEN,<br><br>           Defendants. | Case No. 19-cv-02534-JSW<br><br>**ORDER GRANTING PERMANENT INJUNCTION** |

Now before the Court is the application for a permanent injunction filed by Plaintiff and judgment creditor Jiajie Zhu to prohibit judgment debtors and all acting in concert with them or under their direction or at their request from borrowing on Bank of America NA loan no. 6824 9045 541199 ("HELOC").

For the same reasons the Court granted Plaintiff's application for a temporary restraining order, the Court GRANTS his motion for a permanent injunction. Mr. Zhu obtained a judgment in August of 2023 that is currently in excess of $1,6000,000 and remains unsatisfied. Mr. Zhu has a legitimate interest in executing on the judgment and maintaining the status quo pending execution. Mr. Zhu has attempted to levy bank accounts of the judgment debtors, Dong ("Tony") Chen and his wife, and has sought judgment debtor discovery. Judgment debtors have reported that they have produced all documents but have failed to provide documents related to the running balances relating to the HELOC, which is secured by the judgment debtor's home at 101 Frog Valley Lane in Belmont, California.

1    Accordingly, judgment debtors Dong Chen and Jing Li, their officers, agents, servants,
2 employees, and attorneys and all others acting in concert with them or at their direction, are
3 HEREBY ORDERED not to request, receive, or attempt to obtain further advances on Bank of
4 America NA loan no. 6824 9045 54119 ("HELOC") pending further order of this Court.

6    **IT IS SO ORDERED.**
7 Dated: November 19, 2025

_____
JEFFREY S. WHITE
United States District Judge